

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| VALLEY FORGE, INC., | § | No. 08-22-00084-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 3 |
| CK CONSTRUCTION, INC., | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2021DCV3705) |
| | § | |
| | § | |

**O R D E R**

The parties have filed a joint motion to abate. The Court finds good cause to grant this abatement. Therefore, we ORDER this appeal to be abated until January 10, 2023. The appellate timetable will be suspended during the abatement. The parties are directed to notify the Court whether the dispute has been resolved and to file the motion necessary to dispose of the appeal. *See* TEX.R.APP.P. 42.1(a)(1), (2). If the parties are unsuccessful in resolving the appeal by agreement, the appeal will be reinstated and the Appellee's brief will be due 30 days from the date of the reinstatement order.

IT IS SO ORDERED this 18th day of October, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.